UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

SHARINA JONES,
Individually

       Plaintiffs,

v.

RAM LODGING, LLC.
A Domestic Limited Liability Company
       Defendant.

Case No. 1:13-cv-00429-SEB-DML

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Sharina Jones, ("Plaintiff") and Defendant, Ram Lodging, LLC. ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

1. All of Plaintiff's claims will be dismissed with prejudice.

2. The parties shall each bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to between the parties.

By: _/s/ Pete M. Monismith___

| |
|---|
| Pete M. Monismith, Esq.<br>Pete M. Monismith, P.C.<br>Admitted Pro Hac Vice<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorneys for Plaintiff** |

By: _/s/ Terry Monday_____

Terry L. Monday
1915 Broad Ripple Ave.
Indianapolis, IN 46220
Ph: (317) 251-1929
TMonday@aol.com
**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

      I hereby certify that on this December 30, 2013, the foregoing document has been served via the Court's electronic filing system upon all parties of record.

                                              /s/ Pete Monismith
                                              Pete Monismith