UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

SHARINA JONES,
Individually

        Plaintiffs,

v.

RAM LODGING, LLC.
A Domestic Limited Liability Company
        Defendant.

Case No. 1:13-cv-00429-SEB-DML

**ORDER**

THIS CAUSE came before the Court on the Joint Stipulation of Dismissal with Prejudice, and the Court having reviewed the pleadings and papers submitted to it and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

1) The above-styled cause be and the same is hereby DISMISSED with prejudice;

2) The parties bear their own respective attorneys' fees and costs; and

3) To the extent not otherwise disposed herein, all pending motions are hereby denied or moot and the case is closed.

So ORDERED.

Date: 12/31/2013

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated through the court's ECF system